UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  16-24275-CIV-Moreno/Louis

INVERSIONES Y PROCESADORA
TROPICAL INPROTSA, S.A.,

     Petitioner,

vs.

DEL MONTE INTERNATIONAL GMBH,

     Respondent.

_____/

**JOINT MOTION FOR ENTRY OF AGREED ORDER ADOPTING THE AMENDED
STIPULATION OF THE PARTIES ON THE AMOUNT OF ATTORNEY'S FEES**

The parties, petitioner Inversiones y Procesadora Tropical INPROTSA, S.A.
("INPROTSA"), and respondent Del Monte International GmbH ("Del Monte") (collectively
referred to herein as the "Parties"), jointly move for the entry of an agreed order by this Court
adopting the Amended Stipulation of the Parties on the Amount of Attorney's Fees dated
November 1, 2018, a copy of which is attached as Attachment 1 hereto.[1]  The grounds for this
Joint Motion are as follows:

1.     The parties executed a Stipulation Regarding Attorneys' Fees on October 18, 2018
[ECF No. 167] (the "October 18, 2018 Stipulation") and filed a Joint Motion For Entry Of Agreed
Order Adopting The Stipulation Of The Parties On The Amount Of Attorney's Fees on October
18, 2018 [ECF No. 168], which the Court granted pursuant to its Order Adopting Stipulation of
the Parties on the Amount of Attorneys' Fees dated October 30, 2018 [ECF No. 172].

---

[1] On August 17, 2017, the Court granted the Parties' joint motion to bifurcate the issues of
entitlement to attorney's fees and the amount of attorney's fees. *See* Order Granting Joint Motion
for Bifurcated Determination of Del Monte's Motion for Attorney's Fees [ECF No. 83].

2.      The parties have amended their October 18, 2018 Stipulation to allow for the deposit of the Attorney's Fees Amount into the trust account of Respondent's counsel on or before 3:00 p.m. (EDT) on November 8, 2018 as more fully set forth in the Amended Stipulation executed by the parties on November 1, 2018 and attached herewith as Attachment 1 (the "Amended Stipulation").

3.      Accordingly, the parties jointly request the Court to vacate the Order Adopting Stipulation of the Parties on the Amount of Attorneys' Fees dated October 30, 2018 [ECF No. 172] and to enter the Agreed Order Adopting Amended Stipulation of the Parties on the Amount of Attorneys' Fees (a copy of which is attached as Attachment 2) which allows for the Attorney's Fees Amount to be held in escrow in the IOTA trust account of Respondent's counsel.

WHEREFORE, the Parties respectfully request that this Court enter the attached Agreed Order Adopting Amended Stipulation of the Parties on the Amount of Attorney's Fees, and for such other relief as the Court deems just and proper.

Dated:  November 1, 2018

Respectfully submitted,

**HOGAN LOVELLS US LLP**
Attorneys for Petitioner
600 Brickell Avenue
Miami, Florida 33131
Tel.  305.459.6500

By: s/  Richard Lorenzo
       Richard C. Lorenzo, Esq.
       Fla. Bar No. 071412
       richard.lorenzo@hoganlovells.com
       Alvin F. Lindsay, Esq.
       Fla. Bar No. 919056
       alvin.lindsay@hoganlovells.com

**STACK FERNANDEZ & HARRIS, P.A.**
Attorneys for Respondent
1001 Brickell Bay Drive, Suite 2650
Miami, Florida  33131
Tel:  305.371.0001

By: s/  Brian J. Stack
       Brian J. Stack, Esq.
       Florida Bar No. 476234
       bstack@stackfernandez.com
       Lazaro Fernandez, Jr.
       Fla. Bar No. 716545
       lfernandez@stackfernandez.com
       Robert Harris
       Fla. Bar No. 817783
       rharris@stackfernandez.com

# Attachment "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-24275-CIV-Moreno/Louis

INVERSIONES Y PROCESADORA
TROPICAL INPROTSA, S.A.,

      Petitioner,

vs.

DEL MONTE INTERNATIONAL GMBH,

      Respondent.

_____/

## AMENDED STIPULATION REGARDING ATTORNEY'S FEES

Petitioner, INVERSIONES Y PROCESADORA TROPICAL INPROTSA, S.A. ("INPROTSA") on the one hand, and Respondent, DEL MONTE INTERNATIONAL GMBH ("Del Monte"), on the other hand, hereby stipulate this 1st day of November, 2018 (the "Effective Date") as to the amount of attorney's fees awarded to Del Monte pursuant to its Verified Motion for Attorneys' Fees [ECF No. 65] ("Fees Motion") and the Court's Order Adopting Magistrate Judge Louis's Report and Recommendation and Granting in Part Motion for Attorney's Fees [ECF No. 161] (the "Order Granting Attorney's Fees"), subject to the terms and conditions set forth below:

## RECITALS

WHEREAS, on September 25, 2018, the District Court issued its Order Granting Attorney's Fees [ECF No. 161];

WHEREAS, to avoid further cost and expense, the Parties executed a Stipulation Regarding Attorneys' Fees on October 18, 2018 [ECF No. 167] (the "October 18, 2018 Stipulation") and filed a Joint Motion for Entry of Agreed Order Adopting the Stipulation of the

Parties on the Amount of Attorney's Fees on October 18, 2018 [ECF No. 168], which the Court granted pursuant to its Order Adopting Stipulation of the Parties on the Amount of Attorneys' Fees dated October 30, 2018 [ECF No. 172].

WHEREAS, the parties wish to amend their October 18, 2018 Stipulation to allow for the deposit of the Attorney's Fees Amount into the IOTA trust account of Respondent's counsel as more fully set forth below pursuant to the terms and conditions of this Amended Stipulation Regarding Attorney's Fees (hereinafter, the "Amended Stipulation"), as more fully set forth below.

NOW, THEREFORE, in consideration of the mutual covenants and promises hereinafter set forth, the receipt and sufficiency of which are hereby acknowledged, the Parties agree and stipulate as follows:

<u>COVENANTS</u>

1.      <u>Recitals</u>.  The above recitals are incorporated herein by this reference and made a part of this Amended Stipulation.

2.      <u>Amount of Attorney's Fees</u>.   The amount of attorney's fees awarded to Del Monte pursuant to the Order Granting Attorney's Fees shall be US $242,320.00 (the "Attorney's Fees Amount").

3.      <u>Escrow of Attorney's Fees Amount</u>.   As a condition to the effectiveness and enforceability of this Amended Stipulation, INPROTSA shall, on or before 3:00 p.m. (EDT) on November 12, 2018 (the "Payment Deadline"), pay the entirety of the Attorney's Fees Amount by wire transfer into the IOTA trust account of Stack Fernandez & Anderson, P.A. established at IberiaBank, N.A., account no. 0030069947 (hereinafter, the "Trust Account"), 200 S. Biscayne Boulevard, Suite 2850, Miami, Florida 33131, pursuant to the following wire instructions:

| Receiving Bank: | IBERIABANK |
| --- | --- |
| | Lafayette, LA |

| SWIFT Code: | IBEAUS44 |
| Beneficiary: | Stack Fernandez & Harris, P.A. IOTA Trust Account |
| Beneficiary Account #: | 0030069947 |

The Attorney's Fees Amount shall be held in escrow by the Respondent's counsel in the Trust Account on an interest-free basis subject to the terms and conditions of this Amended Stipulation. Notwithstanding anything to the contrary in this Amended Stipulation, if INPROTSA does not timely wire transfer the entirety of the Attorney's Fees Amount into the Trust Account on or before the Payment Deadline, then (a) this Amended Stipulation shall be null and void *ab initio*, (b) the Amended Stipulation and any agreements, compromises, reductions, or communications made by the parties concerning the Attorney's Fees Amount shall be null and void and inadmissible in any proceeding, (c) any agreements, compromises or reductions made by Del Monte to the total fees claimed by Del Monte in connection with the Order Granting Attorney's Fees shall be null and void and inadmissible in any proceeding, and (d) the Parties shall litigate the amount of attorney's fees to which Del Monte is entitled as if there were no Amended Stipulation with Del Monte reserving all its rights to seek fees against both INPROTSA and its attorneys.  If, as a result of bank error or bank delay and not as a result of the fault or delay of INPROTSA, the entirety of the Attorney's Fees Amount is not deposited into the Trust Account by the Payment Deadline, then the Payment Deadline shall be extended until  November 14, at 10:00 a.m. (EDT).  No further extension of the Payment Deadline is permitted.

        4.    <u>Right to Appeal</u>.

        a.    INPROTSA preserves its right to timely appeal the Order Granting Attorney's Fees. If INPROTSA does not file a notice of appeal of the Order Granting Attorneys' Fees on or before November 16, 2018, which the parties agree would be timely, then the Attorney's Fees Amount

shall be disbursed immediately from the Escrow Account to Del Monte without further order of the Court.

b.      If INPROTSA files a notice of appeal of the Order Granting Attorneys' Fees on or before November 16, 2018, then the Attorney's Fees Amount shall remain on deposit in the Trust Account pending a ruling by the U.S. Court of Appeals for the Eleventh Circuit (the "Eleventh Circuit") as follows:

i.      If the Eleventh Circuit affirms the Order Granting Attorney's Fees in whole or in part or the appeal is otherwise dismissed or withdrawn, then the Attorney's Fees Amount shall be disbursed immediately from the Trust Account to Del Monte consistent with the ruling of the Eleventh Circuit without further order of the Court.

ii.     If the Eleventh Circuit determines that Del Monte is not entitled to recover any fees or costs pursuant to the Order Granting Attorney's Fees, then the Attorney's Fees Amount shall be disbursed immediately from the Trust Account to INPROTSA consistent with the ruling of the Eleventh Circuit without further order of the Court.

iii.    If the Eleventh Circuit relinquishes jurisdiction to the District Court in connection with any issue pertaining to the Order Granting Attorney's Fees, then the Attorney's Fees Amount shall remain on deposit in the Trust Account and shall not be disbursed without order of the District Court.

c.      INPROTSA agrees that the filing of a notice of appeal of the Order Granting Attorney's Fees by INPROTSA shall have no effect on or stay or postpone INPROTSA's obligation to pay the Attorney's Fees Amount by the Payment Deadline.

5.      On or before November 1, 2018, the Parties shall (a) file in the Court a Joint Motion for Entry of Agreed Order Adopting the Amended Stipulation of the Parties on the Amount of

Attorney's Fees ("Joint Motion") in the form attached hereto as Exhibit "A" and (b) submit to the presiding District Judge a proposed order in the form attached hereto as Exhibit "B" that (i) grants the Joint Motion, (ii) vacates the Order Adopting Stipulation of the Parties on the Amount of Attorneys' Fees dated October 30, 2018 [ECF No. 172], (iii) adopts the Amended Stipulation and its terms as an order of the Court, and (iv) extends the deadline for Del Monte to submit a Brief as required by the Order Granting Attorney's Fees in the event that INPROTSA fails to deposit the entirety of the Attorney's Fees Amount into the Trust Account by the Payment Deadline.

6.     Counsel executing this Amended Stipulation represent and warrant that they have the authority to execute this Amended Stipulation on behalf of their respective clients and to bind their clients to the Amended Stipulation and to the covenants, duties, and obligations contained in the Amended Stipulation.

7.     Any dispute between the parties arising from or related to this Amended Stipulation shall be resolved by the Court on motion.

It is so stipulated this 1st day of November 2018.

| | |
|---|---|
| **Stipulated on behalf of Petitioner, Inversiones y Procesadora Tropical Inprotsa, S.A.** | **Stipulated on behalf of Respondent, Del Monte International GmbH** |
| By: s/ Richard Lorenzo | By: s/ Brian J. Stack |
|     Richard C. Lorenzo, Esq. |     Brian J. Stack, Esq. |
|     Fla. Bar No. 071412 |     Florida Bar No. 476234 |
|     richard.lorenzo@hoganlovells.com |     bstack@stackfernandez.com |
|     Alvin F. Lindsay, Esq. |     Lazaro Fernandez, Jr. |
|     Fla. Bar No. 919056 |     Fla. Bar No. 716545 |
|     alvin.lindsay@hoganlovells.com |     lfernandez@stackfernandez.com |
|     **HOGAN LOVELLS US LLP** |     Robert Harris/Fla. Bar No. 817783 |
|     Attorneys for Petitioner |     rharris@stackfernandez.com |
|     600 Brickell Avenue |     **STACK FERNANDEZ & HARRIS, P.A.** |
|     Miami, Florida 33131 |     1001 Brickell Bay Drive, Suite 2650 |
|     Tel. 305.459.6500 |     Miami, Florida 33131 |
| |     Tel: 305.371.0001 |

# Exhibit "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-24275-CIV-Moreno/Louis

INVERSIONES Y PROCESADORA
TROPICAL INPROTSA, S.A.,

     Petitioner,

vs.

DEL MONTE INTERNATIONAL GMBH,

     Respondent.

_____/

**JOINT MOTION FOR ENTRY OF AGREED ORDER ADOPTING THE AMENDED
STIPULATION OF THE PARTIES ON THE AMOUNT OF ATTORNEY'S FEES**

The parties, petitioner Inversiones y Procesadora Tropical INPROTSA, S.A.
("INPROTSA"), and respondent Del Monte International GmbH ("Del Monte") (collectively
referred to herein as the "Parties"), jointly move for the entry of an agreed order by this Court
adopting the Amended Stipulation of the Parties on the Amount of Attorney's Fees dated
November 1, 2018, a copy of which is attached as Attachment 1 hereto.[1]  The grounds for this
Joint Motion are as follows:

1.     The parties executed a Stipulation Regarding Attorneys' Fees on October 18, 2018
[ECF No. 167] (the "October 18, 2018 Stipulation") and filed a Joint Motion For Entry Of Agreed
Order Adopting The Stipulation Of The Parties On The Amount Of Attorney's Fees on October
18, 2018 [ECF No. 168], which the Court granted pursuant to its Order Adopting Stipulation of
the Parties on the Amount of Attorneys' Fees dated October 30, 2018 [ECF No. 172].

---

[1] On August 17, 2017, the Court granted the Parties' joint motion to bifurcate the issues of
entitlement to attorney's fees and the amount of attorney's fees. *See* Order Granting Joint Motion
for Bifurcated Determination of Del Monte's Motion for Attorney's Fees [ECF No. 83].

2. The parties have amended their October 18, 2018 Stipulation to allow for the deposit of the Attorney's Fees Amount into the trust account of Respondent's counsel on or before 3:00 p.m. (EDT) on November 8, 2018 as more fully set forth in the Amended Stipulation executed by the parties on November 1, 2018 and attached herewith as Attachment 1 (the "Amended Stipulation").

3. Accordingly, the parties jointly request the Court to vacate the Order Adopting Stipulation of the Parties on the Amount of Attorneys' Fees dated October 30, 2018 [ECF No. 172] and to enter the Agreed Order Adopting Amended Stipulation of the Parties on the Amount of Attorneys' Fees (a copy of which is attached as Attachment 2) which allows for the Attorney's Fees Amount to be held in escrow in the IOTA trust account of Respondent's counsel.

WHEREFORE, the Parties respectfully request that this Court enter the attached Agreed Order Adopting Amended Stipulation of the Parties on the Amount of Attorney's Fees, and for such other relief as the Court deems just and proper.

Dated: November 1, 2018

Respectfully submitted,

**HOGAN LOVELLS US LLP**
Attorneys for Petitioner
600 Brickell Avenue
Miami, Florida 33131
Tel. 305.459.6500

By: s/ Richard Lorenzo
    Richard C. Lorenzo, Esq.
    Fla. Bar No. 071412
    richard.lorenzo@hoganlovells.com
    Alvin F. Lindsay, Esq.
    Fla. Bar No. 919056
    alvin.lindsay@hoganlovells.com

**STACK FERNANDEZ & HARRIS, P.A.**
Attorneys for Respondent
1001 Brickell Bay Drive, Suite 2650
Miami, Florida 33131
Tel: 305.371.0001

By: s/ Brian J. Stack
    Brian J. Stack, Esq.
    Florida Bar No. 476234
    bstack@stackfernandez.com
    Lazaro Fernandez, Jr.
    Fla. Bar No. 716545
    lfernandez@stackfernandez.com
    Robert Harris
    Fla. Bar No. 817783
    rharris@stackfernandez.com

# Exhibit "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24275-CIV-Moreno/Louis

INVERSIONES Y PROCESADORA
TROPICAL INPROTSA, S.A.,

      Petitioner,

vs.

DEL MONTE INTERNATIONAL GMBH,

      Respondent.

_____/

**AGREED ORDER ADOPTING AMENDED STIPULATION OF
THE PARTIES ON THE AMOUNT OF ATTORNEY'S FEES**

THIS CAUSE having come before the Court on the parties' (1) Amended Stipulation
Regarding Amount of Attorney's Fees dated November 1, 2018 [ECF No. 173] (the "Amended
Stipulation"), and (2) Joint Motion for Entry of Agreed Order Adopting the Amended Stipulation of
the Parties on the Amount of Attorney's Fees dated November 1, 2018 [ECF No. 174] (the "Joint
Motion"). This Court having considered the Stipulation and the Joint Motion, and the pertinent
portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Joint Motion for Entry of Agreed Order Adopting the
Amended Stipulation of the Parties on the Amount of Attorney's Fees dated November 1, 2018 [ECF
No. 174] is GRANTED. The parties' Amended Stipulation, inclusive of all terms and conditions, is
adopted and ratified and made an order of the Court. The Court's Order Adopting Stipulation of the
Parties on the Amount of Attorneys' Fees dated October 30, 2018 [ECF No. 172] is hereby vacated
and this agreed order is substituted for it. As a consequence of the parties' Stipulation, Del Monte
shall not be required to file a Brief on the amount of attorney's fees as required by the Court's Order
Adopting Magistrate Judge Louis's Report and Recommendation and Granting in Part Motion for
Attorney's Fees [ECF No. 161]. If, however, INPROTSA does not deposit the Attorney's Fees Amount
(as defined in the Amended Stipulation) into the Escrow Account on or before 3:00 p.m. (EDT) on

November 12, 2018 (the "Payment Deadline"), then the parties' Amended Stipulation shall be null and void and Del Monte shall file its Brief on the amount attorney's fees on or before November 13, 2018, and Respondent may respond by November 27, 2018.  If, as a result of bank error or bank delay and not as a result of the fault or delay of INPROTSA, the entirety of the Attorney's Fees Amount is not deposited into the Trust Account by the Payment Deadline, then the Payment Deadline shall be extended until November 14, at 10:00 a.m. (EDT).  No further extension of the Payment Deadline is permitted.

DONE and ORDERED in Chambers in chambers, Miami, Florida, this ___ day of November 2018.

_____
Federico Moreno
United States District Judge

Copies furnished to:
Counsel of Record

2

# Attachment "2"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-24275-CIV-Moreno/Louis

INVERSIONES Y PROCESADORA
TROPICAL INPROTSA, S.A.,

      Petitioner,

vs.

DEL MONTE INTERNATIONAL GMBH,

      Respondent.

_____/

**AGREED ORDER ADOPTING AMENDED STIPULATION OF
THE PARTIES ON THE AMOUNT OF ATTORNEY'S FEES**

THIS CAUSE having come before the Court on the parties' (1) Amended Stipulation Regarding Amount of Attorney's Fees dated November 1, 2018 [ECF No. 173] (the "Amended Stipulation"), and (2) Joint Motion for Entry of Agreed Order Adopting the Amended Stipulation of the Parties on the Amount of Attorney's Fees dated November 1, 2018 [ECF No. 174] (the "Joint Motion").  This Court having considered the Stipulation and the Joint Motion, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Joint Motion for Entry of Agreed Order Adopting the Amended Stipulation of the Parties on the Amount of Attorney's Fees dated November 1, 2018 [ECF No. 174] is GRANTED.  The parties' Amended Stipulation, inclusive of all terms and conditions, is adopted and ratified and made an order of the Court.  The Court's Order Adopting Stipulation of the Parties on the Amount of Attorneys' Fees dated October 30, 2018 [ECF No. 172] is hereby vacated and this agreed order is substituted for it.  As a consequence of the parties' Stipulation, Del Monte shall not be required to file a Brief on the amount of attorney's fees as required by the Court's Order Adopting Magistrate Judge Louis's Report and Recommendation and Granting in Part Motion for Attorney's Fees [ECF No. 161].  If, however, INPROTSA does not deposit the Attorney's Fees Amount (as defined in the Amended Stipulation) into the Escrow Account on or before 3:00 p.m. (EDT) on

November 12, 2018 (the "Payment Deadline"), then the parties' Amended Stipulation shall be null and void and Del Monte shall file its Brief on the amount attorney's fees on or before November 13, 2018, and Respondent may respond by November 27, 2018.  If, as a result of bank error or bank delay and not as a result of the fault or delay of INPROTSA, the entirety of the Attorney's Fees Amount is not deposited into the Trust Account by the Payment Deadline, then the Payment Deadline shall be extended until November 14, at 10:00 a.m. (EDT).  No further extension of the Payment Deadline is permitted.

DONE and ORDERED in Chambers in chambers, Miami, Florida, this ___ day of November 2018.

_____
Federico Moreno
United States District Judge

Copies furnished to:
Counsel of Record

2