UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24275-CIV-Moreno/Louis

INVERSIONES Y PROCESADORA
TROPICAL INPROTSA, S.A.,

    Petitioner,

vs.

DEL MONTE INTERNATIONAL GMBH,

    Respondent.
_____/

## AGREED ORDER ADOPTING AMENDED STIPULATION OF THE PARTIES ON THE AMOUNT OF ATTORNEY'S FEES

THIS CAUSE having come before the Court on the parties' (1) Amended Stipulation Regarding Amount of Attorney's Fees dated November 1, 2018 [ECF No. 173] (the "Amended Stipulation"), and (2) Joint Motion for Entry of Agreed Order Adopting the Amended Stipulation of the Parties on the Amount of Attorney's Fees dated November 1, 2018 [ECF No. 174] (the "Joint Motion"). This Court having considered the Stipulation and the Joint Motion, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Joint Motion for Entry of Agreed Order Adopting the Amended Stipulation of the Parties on the Amount of Attorney's Fees dated November 1, 2018 [ECF No. 174] is GRANTED. The parties' Amended Stipulation, inclusive of all terms and conditions, is adopted and ratified and made an order of the Court. The Court's Order Adopting Stipulation of the Parties on the Amount of Attorneys' Fees dated October 30, 2018 [ECF No. 172] is hereby vacated and this agreed order is substituted for it. As a consequence of the parties' Stipulation, Del Monte shall not be required to file a Brief on the amount of attorney's fees as required by the Court's Order Adopting Magistrate Judge Louis's Report and Recommendation and Granting in Part Motion for Attorney's Fees [ECF No. 161]. If, however, INPROTSA does not deposit the Attorney's Fees Amount (as defined in the Amended Stipulation) into the Escrow Account on or before 3:00 p.m. (EDT) on

November 12, 2018 (the "Payment Deadline"), then the parties' Amended Stipulation shall be null and void and Del Monte shall file its Brief on the amount attorney's fees on or before November 13, 2018, and Respondent may respond by November 27, 2018. If, as a result of bank error or bank delay and not as a result of the fault or delay of INPROTSA, the entirety of the Attorney's Fees Amount is not deposited into the Trust Account by the Payment Deadline, then the Payment Deadline shall be extended until November 14, at 10:00 a.m. (EDT). No further extension of the Payment Deadline is permitted.

DONE and ORDERED in Chambers in chambers, Miami, Florida, this 2nd day of November 2018.

Federico Moreno
United States District Judge

Copies furnished to:
Counsel of Record

2