## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24275-MORENO/LOUIS

INVERSIONES Y PROCESADORA TROPICAL INPROTSA, S.A.,

    Plaintiff,

v.

DEL MONTE INT'L, GMBH,

    Defendant.

_____/

### ORDER SETTING EVIDENTIARY HEARING PROCEDURES

The undersigned United States Magistrate Judge will conduct an Evidentiary Hearing on Defendant's Motion for Judgment of Contempt (ECF No. 229) on **June 2, 2020 at 9:00 AM**, at United States District Courthouse, Clyde Atkins Bldg., 11th Floor, 301 North Miami Avenue, Miami, Florida, 33128. In preparation for the Evidentiary Hearing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Court has set aside **three hours** on June 2, 2020 to conduct the evidentiary hearing. If, after conferral, either Party anticipates needing additional hearing time, the Parties shall jointly contact chambers and request additional time by no later than **May 19, 2020**. The Parties should be prepared to argue each issue and present any evidence before the Court during that time.

2. By no later than **May, 19, 2020**, any party who intends to present live testimony must file a witness list identifying the witness(es) that the party intends to call at the hearing.

3. Prior to the hearing, and by May 29, 2020, the Parties shall confer, exchange, and submit

numbered exhibits, including any transcripts of depositions or other proceedings, to chambers at louis@flsd.uscourts.gov. Each document shall be marked with a single number to ensure unique numbering for all documents.

4. At the previous hearing on March 11, 2020, Plaintiff sought an opportunity for briefing on the matter of contempt. That request was granted, and the Court ordered simultaneous briefs to be filed on or before April 10, 2020 not to exceed 20 pages.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of March 2020.

_____
LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE