UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 16-24275-CIV-MORENO**

INVERSIONES Y PROCESADORA
TROPICAL INPROTSA, S.A., a Costa Rican
Corporation,

        Petitioner,

vs.

DEL MONTE INTERNATIONAL GMBH, a
Swiss Corporation,

        Respondent.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION AND DENYING MOTION FOR PROCEEDINGS SUPPLEMENTARY

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Respondent's Renewed Motion for Proceedings Supplementary (D.E. 125). The Magistrate Judge filed a Report and Recommendation **(D.E. 290)** on **August 5, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that the parties have not filed objections to this Report and Recommendation. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Respondent's Motion for Proceedings Supplementary is DENIED for the reasons stated in the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of October 2020.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of record